FRANK S. HEDIN  
(*Pro Hac Vice* Application Forthcoming)  
**HEDIN LLP**  
1395 Brickell Avenue, Suite 1140  
Miami, Florida 33131-3302  
Telephone: (305) 357-2107  
E-Mail:     fhedin@hedinllp.com  

ADRIAN GUCOVSCHI  
(*Pro Hac Vice* Application Forthcoming)  
**GUCOVSCHI LAW FIRM, PLLC**  
140 BROADWAY, FL 46  
NEW YORK, NY 10005  
Telephone: (212) 884-4230  
E-Mail:     adrian@gr-firm.com  

DAVID W. SCOFIELD – 4140  
**PETERS | SCOFIELD**  
*A Professional Corporation*  
7430 Creek Road, Suite 303  
Sandy, Utah 84093-6160  
Telephone: (801) 322-2002  
E-Mail:     dws@psplawyers.com  

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| BAILEY GARDNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BLAZESOFT LTD.; BLAZEGAMES INC.; SSPC LLC D/B/A SPORTZINO; SCPS LLC D/B/A ZULA; and SOCIAL GAMING LLC D/B/A FORTUNE COINS,<br><br>Defendant. | **NOTICE OF ACKNOWLEDGEMENT OF STANDING ORDER IN CIVIL CASES**<br><br>Honorable Jill N. Parrish<br>Magistrate Judge Jared C. Bennett<br><br>Case No. 2:25-cv-00993-JNP-JCB |

David W. Scofield, counsel of record for Plaintiff Bailey Gardner, individually and on behalf of all others similarly situated, hereby acknowledges

receipt of the Court's Standing Order in Civil Cases (Doc. No. 5) (the "Order"), and hereby verifies that he has fully read and will comply with the Order.

**DATED** this 19th day of November, 2025.

        **PETERS | SCOFIELD**
        *A Professional Corporation*

        /s/ David W. Scofield
        DAVID W. SCOFIELD

        -and-

        **HEDIN LLP**
        FRANK S. HEDIN*

        **GUCOVSCHI LAW FIRM, PLLC**
        ADRIAN GUCOVSCHI*

        * *Pro Hac Vice* Application Forthcoming

        *Counsel for Plaintiff and Putative Class*