# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

|  |  |
|---|---|
| BAILEY GARDNER,<br><br>     Plaintiff,<br><br>v.<br><br>BLAZESOFT LTD.; BLAZEGAMES, INC.; SSPC, LLC D/B/A SPORTZINO; SCPS LLC D/B/A ZULA; and SOCIAL GAMING LLC D/B/A FORTUNE COINS,<br><br>     Defendants. | ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS<br><br>Case No. 2:25-cv-00993-JNP-JCB<br><br>Chief District Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

The court GRANTS the parties' stipulated motion for extension of time, ECF No. 47, and ORDERS as follows: (1) Plaintiff shall have up to and including April 6, 2026 to file his opposition to Defendants' motion to compel arbitration, ECF No. 42, and Defendants shall have up to and including April 27, 2026 to file their reply; (2) Plaintiff shall have up to and including April 20, 2026 to file his opposition to Defendants Blazesoft Ltd. and Blazegames Inc.'s motion to dismiss, ECF No. 41, and Defendants Blazesoft Ltd. and Blazegames Inc.shall have up to and including May 11, 2026 to file their reply.

DATED March 4, 2026

BY THE COURT

_____

Jill N. Parrish
United States District Court Judge