Joseph G. Pia (9945) (joe.pia@piahoyt.com)
Ciera A. Kimmerer (17159) (ckimmerer@piahoyt.com)
PIA HOYT, LLC
170 South Main Street, Suite 1100
Salt Lake City, UT 84101
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

A. Jeff Ifrah (*pro hac vice*) (jeff@ifrahlaw.com)
Robert W. Ward (*pro hac vice*) (rward@ifrahlaw.com)
IFRAH PLLC
1717 Pennsylvania Avenue, NW, Suite 650
Washington, D.C. 20006
Telephone: (202) 524-4140
Facsimile: (202) 524-4141

*Attorneys for Defendants Blazesoft Ltd. and Blazegames, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BAILEY GARDNER**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BLAZESOFT LTD.; BLAZEGAMES, INC.; SSPC LLC D/B/A SPORTZINO; SCPS LLC D/B/A ZULA; and SOCIAL GAMING LLC D/B/A FORTUNE COINS**,<br><br>Defendants. | **RULE 7.1(a)(2) CORPORATE DISCLOSURE STATEMENT**<br><br>Case No.: 2:25-CV-00993<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

This Disclosure Statement is filed on behalf of Defendants Blazesoft, LTD., and Blazegames, Inc. (together, "Affiliates") in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders

otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor:

| Blazesoft LTD. | Canada |
|---|---|
| Party or Intervenor Name | Citizenship |

Blazesoft Ltd. is a Nova Scotia limited company with its principal place of business in Ontario, Canada and should be treated as a corporation under 28 U.S.C. § 1332. A Nova Scotia limited company is a legal person with perpetual existence, is governed by at least one director elected by shareholders, has the right to contract in its own name, can issue tradable shares and can issue shares to investors who enjoy limited liability. *See* Companies Act, RSNS 1989, c 81; *see also Jet Midwest Int'l Co., Ltd. v. Jet Midwest Grp., LLC*, 932 F.3d 1102, 1105 (8th Cir. 2019) (treating Hong Kong limited company as corporation because it shared these features with domestic state-law corporations); *Shalz Constr. LLC v. Great Lakes Ins., SE*, No. 22-cv-03005-NYW, 2023 WL 11891514, at *2 (D. Colo. Feb. 1, 2023) (adopting *Jet Midwest* approach to analyzing foreign entities).[1]

| Blazegames Inc., | Delaware, Canada |
|---|---|
| Party or Intervenor Name | Citizenship |

Blazegames Inc. is a Delaware corporation with its principal place of business in Canada.

---

[1] The full text of the Companies Act is available at https://nslegislature.ca/sites/default/files/legc/statutes/companies.pdf.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: March 10, 2026.                    Respectfully submitted,

                                          PIA HOYT, LLC

                                          */s/ Joseph G. Pia*
                                          Joseph G. Pia
                                          Ciera A. Kimmerer

                                          IFRAH PLLC

                                          A. Jeff Ifrah (*pro hac vice*)
                                          Robert W. Ward (*pro hac vice*)

                                          *Attorneys for Defendants Blazesoft Ltd.
                                          and Blazegames, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2026, a true and correct copy of the foregoing **RULE 7.1(a)(2) DISCLOSURE STATEMENT** was filed using the Court's electronic filing system, which will serve a notice of filing upon all counsel of record.

*/s/ Melanie Buervenich*
Licensed Paralegal Practitioner
