Joseph G. Pia (9945) (joe.pia@piahoyt.com)
Ciera Kimmerer (17159) (ckimmerer@piahoyt.com)
PIA HOYT, LLC
170 South Main Street, Suite 1100
Salt Lake City, UT 84101
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

Gavin J. Rooney (*pro hac vice*) (grooney@lowenstein.com)
Reynold Lambert (*pro hac vice*) (rlambert@lowenstein.com)
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 262-6700
Fax: (212) 262-7402

*Attorneys for Defendants Blazesoft LTD; Blazegames, Inc.; SSPC, LLC d/b/a Sportzino; SCPS, LLC d/b/a Zula; and Social Gaming, LLC d/b/a Fortune Coins*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BAILEY GARDNER**, individually and on behalf of other similarly situated,<br><br>Plaintiff,<br>v.<br><br>**BLAZESOFT LTD; BLAZEGAMES, INC.; SSPC, LLC D/B/A SPORTZINO; SCPS, LLC D/B/A ZULA; AND SOCIAL GAMING, LLC D/B/A FORTUNE COINS,**<br><br>Defendants. | **RULE 7.1(a)(2) DISCLOSURE STATEMENT**<br><br>Case No. 2:25-cv-00993<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

This Corporate Disclosure Statement is filed on behalf of Defendants SSPC LLC D/B/A SPORTZINO, SCPS LLC D/B/A ZULA, and SOCIAL GAMING LLC, D/B/A FORTUNE COINS (collectively, "Operators") in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based

on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor:

SSPC LLC d/b/a Sportzino
Party or Intervenor Name

Delaware, USA and Canada
Citizenship

SCPS LLC d/b/a Zula
Party or Intervenor Name

Delaware, USA and Canada
Citizenship

Social Gaming LLC d/b/a Fortune Coins
Party or Intervenor Name

Delaware, USA and Canada
Citizenship

The sole member of each of the above-entities is Blazegames, Inc., a Delaware corporation with its principal place of business in Canada.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: March 13, 2026.

Respectfully Submitted,

PIA HOYT, LLC

*/s/ Joseph G. Pia*
Joseph G. Pia
Ciera Kimmerer

LOWENSTEIN SANDLER LLP

Gavin J. Rooney (*pro hac vice*)
Reynold Lambert (*pro hac vice*)

*Attorneys for Defendants Blazesoft LTD;*
*Blazegames, Inc.; SSPC, LLC d/b/a Sportzino;*
*SCPS, LLC d/b/a Zula; and Social Gaming, LLC*
*d/b/a Fortune Coins*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, a true and correct copy of the foregoing **RULE 7.1(a)(2) DISCLOSURE STATEMENT** was filed using the Court's electronic filing system, which will serve a notice of filing upon all counsel of record.

*/s/ Melanie Buervenich*
Licensed Paralegal Practitioner