IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BAILEY GARDNER,<br><br>        Plaintiff,<br><br>v.<br><br>BLAZESOFT LTD, BLAZEGAMES, INC., SSPC, LLC D/B/A SPORTZINO, SCPS, LLC D/B/A ZULA, and SOCIAL GAMING, LLC D/B/A FORTUNE COINS,<br><br>        Defendants. | ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY<br><br>Case No. 2:25-cv-00993-JNP-JCB<br><br>Chief District Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

Defendants Blazesoft Ltd, Blazegames Inc., SSPS LLC, SCPS LLC, and Social Gaming LLC move to compel arbitration under 9 U.S.C. §§ 201, 203 and stay this action pending the completion of arbitration under 9 U.S.C. § 3. ECF No. 42 ("Defs.' Mot. to Compel Arbitration & Stay"). Plaintiff Bailey Gardner does not oppose the motion and "agrees with Defendants' position, as set forth in the[ir] [m]otion, that this matter should be stayed pending the completion of such arbitration." ECF No. 52 ("Pl.'s Notice of Non-Opp'n") at 1. Therefore, the court GRANTS the motion and ORDERS that that the parties proceed with arbitration before ADR Chambers in Ontario, Canada. The court further STAYS the action pending the completion of arbitration. In light of this holding, the court DENIES as moot and without prejudice Blazesoft and Blazegame's motion to dismiss for lack of personal jurisdiction. ECF No. 41 ("Defs.' Mot. to Dismiss").

DATED April 20, 2026

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge